FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 0 7 2012

James N. Hatten, Clerk
By: [signature] Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| EARL WALLACE HARRIS, | : | MOTION TO VACATE |
| Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:09-cr-0290-ODE-JFK-1 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | CIVIL FILE NO. |
| | : | 1:11-cv-2619-ODE-JFK |

## ORDER

The matter is before the Court on Movant's 28 U.S.C. § 2255 motion to vacate, as amended, (Doc. Nos. 35, 38); the Magistrate Judge's Final Report and Recommendation, which recommends denying the motion and a certificate of appealability, (Doc. No. 46); and Movant's objections, (Doc. No. 54).

In reviewing a Magistrate Judge's Report and Recommendation, the district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548

AO 72A
(Rev.8/82)

(11th Cir. 1988)) (internal quotation marks omitted). Absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation," Fed. R. Civ. P. 72, advisory committee note, 1983 Addition, Subdivision (b).

In 2009, Movant pleaded guilty to unlawfully re-entering the United States after deportation, and the Court sentenced him to a forty-one month term of imprisonment. (Doc. Nos. 15, 20, 25). Movant appealed and argued that his sentence was unreasonable under 18 U.S.C. § 3553(a). United States v. Harris, 394 F. App'x 627, 627 (11th Cir. 2010). On August 26, 2010, the Eleventh Circuit Court of Appeals found no error and affirmed the judgment against Movant. Id. at 628.

In Ground One of his § 2255 motion, Movant argues that

> the deportation element [of his conviction] was unsupported in that (1) he was illegally deported after "fundamentally unfair" deportation proceedings and (2) the Immigration Judge's denial of a waiver of deportation was based on a misinterpretation of the law that was corrected by the Supreme Court in Immigration and Naturalization Serv. v. St. Cyr, 533 U.S. 289 (2001).

(Doc. No. 46 at 5). Movant argues that his failure to raise the issue earlier should be excused based on ineffective assistance of counsel at the trial level and on appeal. (Id.

2

at 6). In Ground Two, Movant argues that "the Court imposed a sentence that was unreasonable under § 3553(a)[.]" (Id. at 11-12).

The Magistrate Judge recommends that Movant procedurally defaulted Ground One by failing to raise it on direct appeal and that he fails to overcome his default. (Doc. No. 46 at 10-11). The Magistrate Judge recommends that Ground Two fails because the Eleventh Circuit Court of Appeals has already determined that Movant's sentence is reasonable under § 3553(a) and, to the extent Movant raises a somewhat different argument from the one he raised on appeal, that Ground Two is procedurally defaulted and there is no reasonable probability that his current argument would have changed the outcome on appeal. (Doc. No. 46 at 13-15).

Movant objects. (Doc. No. 54). Movant again attacks the validity of his prior deportation order upon which the charge of illegal re-entry was based and again argues that his failure to raise the issue earlier should be excused based on ineffective assistance of counsel. (Id., Ground One). Movant, however, identifies no particular finding or recommendation of the Magistrate Judge to which he objects. Accordingly, the Court has reviewed the Magistrate Judge's recommendation for clear error, and finding none, the recommendation shall be adopted.

3

Accordingly,

**IT IS ORDERED** that Movant's objections, (Doc. No. 54), are overruled, that the Magistrate Judge's Report and Recommendation is **ADOPTED** as the Order of the Court, that Movant's § 2255 motion, as amended, (Doc. Nos. 35, 38), is **DENIED**, and that a certificate of appealability is **DENIED**.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this ___7___ day of November, 2012.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)